IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAN BRINKMAN,

        Plaintiff,

v.

LIBERTY TAX SERVICE, ET AL,

        Defendants.

Civil No. 10-192-HU

BROWN, District Judge.

    Based on the record,

    IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED, with prejudice. Pending motions, if any, are denied as moot.

    DATED this 14 day of December, 2010.

                                    /s/ Anna J. Brown
                                    Anna J. Brown
                                    United States District Judge